UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00125 |
| | ) | JUDGE CAMPBELL |
| ANTHONY DEWAYNE RUTHERFORD | ) | |

<u>ORDER</u>

The hearing on the petition alleging violations of the Defendant's conditions of supervised release, currently set for May 30, 2014, is CONTINUED until June 26, 2014, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE