UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:08-00125 |
| | ) | JUDGE CAMPBELL |
| ANTHONY DEWAYNE RUTHERFORD | ) | |

ORDER

The hearing on the Petition (Docket No. 43 ) alleging violations of Defendant's Conditions of Supervision scheduled for October 9, 2014, at 1:00 p.m. is RESCHEDULED for October 9, 2014, at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE