UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:08-00125 |
| | ) | JUDGE CAMPBELL |
| ANTHONY DEWAYNE RUTHERFORD | ) | |

ORDER

Pending before the Court is a Motion to Continue Revocation Hearing (Docket No. 60). The Motion is GRANTED.

The hearing on the Petition (Docket No. 43 ) alleging violations of Defendant's Conditions of Supervision scheduled for October 9, 2014, is RESCHEDULED for January 8, 2015, at 12:00 p.m.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE